UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Kariem Haaland,

    Plaintiff,

v.                                            Civil No. 13-1876 (JNE/FLN)
                                              ORDER
Patrick R. Donahoe, Postmaster General,
USPS,

    Defendant.

In a Report and Recommendation dated July 18, 2014, the Honorable Franklin L. Noel, United States Magistrate Judge, recommended that Defendant's motion to dismiss be denied. Defendant did not object. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation [Docket No. 44]. Therefore, IT IS ORDERED THAT:

    1.    Defendant's motion to dismiss [Docket No. 16] is DENIED.

Dated: August 11, 2014

                                                  s/Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge